UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARK DURHAM KROLL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,<br><br>　　　　　　Defendant. | Case No. CV-19-085-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Pursuant to the Memorandum and Order (Doc. 38), Judgment is entered in favor of the defendant and against the plaintiff.

　　　Dated this 3rd day of September 2020.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk